## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| Vivekkumar Shambhubhai CHAUDHARI, (A240-340-449) | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| | ) ) | |
| David PAULK, Warden, Irwin Detention Center; Ladeon FRANCIS, Field Office Director, Atlanta Field Office, U.S. Immigration and Customs Enforcement; Todd M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; Markwayne MULLIN, Secretary of the Department of Homeland Security; | ) ) ) ) ) ) ) ) ) ) | Case No. 7:26-cv-00130-WLS-ALS |
| in their official capacities, | ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL

COMES NOW, Vivekkumar Shambhubhai Chaudhari, Plaintiff in the above-styled and numbered cause, by and through the undersigned counsel of record, hereby voluntarily dismiss the within action without prejudice, as the Defendants performed their duty.

This, the 3rd day of June 2026,

LUNEL LAW,

by: David Lunel, Esq.
Georgia Bar No. 874002
Counsel for the Plaintiff


1180 W Peachtree Street NW,
Suite 2040
Atlanta, GA 30309
Tel.: (404) 975-4500
Email: david@lunellaw.com


SO ORDERED this 4th day
of June, 2026.

W. Louis Sands, Sr. Judge
United States District Court